IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JOSEPH I. CHIPPS,**

      **Plaintiff,**

vs.                                                                       CIV No. 1:20-00794-SMV

**ANDREW SAUL,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING EXTENSION

THIS MATTER having come before the Court upon Defendant's Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint (Doc. 6), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS THEREFORE ORDERED that Defendant is granted through December 14, 2020, to file his answer or otherwise respond to Plaintiff's Complaint.

SIGNED  _October 9_ , 2020

                                                     STEPHAN M. VIDMAR
                                                    United States Magistrate Judge

SUBMITTED AND APPROVED BY:
_Electronically submitted 10/08/2020_
JENNIFER RANDALL
Special Assistant United States Attorney

_Electronically approved 10/08/2020_
HELEN LAURA LOPEZ
Attorney for Plaintiff