IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH CHIPPS,

        Plaintiff,

v.                                           No. CV 20-794 JB/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **June 28, 2021**;

(2) Defendant shall file a Response on or before **August 30, 2021**;

(3) Plaintiff may file a Reply on or before **September 13, 2021**;[1]

(4) All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

        **IT IS SO ORDERED**.

                                                            _____
                                                            THE HONORABLE CARMEN E. GARZA
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The parties have fully briefed the Commissioner's *Motion to Dismiss*, (Doc. 16), which includes briefing on Plaintiff's constitutional claim raised pursuant to *Seila Law, LLC v. Consumer Fin. Prot. Bureau*, __ U.S. __, 141 S.Ct. 2183, 207 L.Ed.2d 494 (2020). *See* (Doc. 16); (Doc. 21); (Doc. 24); (Doc. 25). As such, the parties shall limit the briefing set forth herein only to the substantive issues on review under 42 U.S.C. § 405(g).