## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JOSEPH CHIPPS,

      Plaintiff,

v.                                  No. CV 20-794 JB/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Joseph Chipps's *Unopposed Motion for Extension* (the "Motion"), (Doc. 28), filed June 28, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

      **IT IS THEREFORE ORDERED** that Plaintiff is granted through **July 26, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

      **IT IS FURTHER ORDERED** that Defendant is granted through **September 24, 2021**, to serve his Response, and Plaintiff through **October 8, 2021**, to serve his Reply. **No further extensions will be granted.**

      **IT IS SO ORDERED**.

                                    _____
                                    THE HONORABLE CARMEN E. GARZA
                                    CHIEF UNITED STATES MAGISTRATE JUDGE