IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSEPH CHIPPS,

      Plaintiff,

v.                                          No. CV 20-794 JB/CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING IN PART UNOPPOSED
## MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Joseph Chipps's *Unopposed Second Motion for Extension* (the "Motion"), (Doc. 30), filed July 26, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **August 2, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **October 1, 2021**, to serve his Response, and Plaintiff through **October 15, 2021**, to serve his Reply.

**No further extensions shall be granted to either side.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE